UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| ALBERT WILLIAMS, | Case No. 1:23-cv-01670 |
| Plaintiffs, | |
| -against- | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |
| THE CITY OF NEW YORK, *et al.*, | |
| Defendants | |

-----------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the annexed declaration, Jenn Rolnick Borchetta will move this court, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the court, for leave to withdraw as counsel to the plaintiff in this action.

PLEASE TAKE FURTHER NOTICE that the plaintiffs will continue to be represented by counsel from The Bronx Defenders, as well as Yaacov (Jake) Meiseles and Richad C. Hirani.

Dated: Bronx, New York
       March 31, 2023

/s/ Jenn R. Borchetta
Jenn Rolnick Borchetta
The Bronx Defenders
360 E. 161st Street
Bronx, New York 10451
(718) 838-7878
jennb@bronxdefenders.org