ONE MANHATTAN WEST
30TH FLOOR
NEW YORK, NY 10001

(212) 735-3000

DIRECT DIAL
(212) 735-2441
EMAIL ADDRESS
JAKE.MEISELES@PROBONOLAW.COM

April 18, 2024

*The conference is adjourned to May 17 at 11:00 a.m.*

*Denise Cote*
*4/19/24*

**VIA ECF**

Hon. Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE: *Williams v. City of New York, et al.*, No. 23-cv-01670 (DLC) (S.D.N.Y.)

Dear Judge Cote:

    We represent Plaintiff Albert Williams in the above-referenced action. We write pursuant to Rule 1.E. of Your Honor's Individual Practices in Civil Cases and with the consent of Defendants to respectfully request that the Court adjourn the Initial Pretrial Conference scheduled for April 24, 2024, at 3:00 PM to a later date. The above-referenced action is proceeding according to Local Civil Rule 83.10, the Plan for Certain § 1983 Cases Against the City of New York, which requires mediation. Local Civil Rule 83.10(h). The parties participated in a productive mediation session on March 26, 2024, and have a second session scheduled for May 1, 2024. Plaintiff is optimistic that the parties will reach a settlement in the second mediation session and accordingly requests that the Court adjourn the Initial Pretrial Conference. Following the May 1, 2024, mediation, the parties are available on May 17, 2024, at 3:00 P.M., and June 7, 2024, at 3:00 P.M.

    This is Plaintiff's first request to adjourn the Initial Pretrial Conference. Plaintiffs have conferred with Defendants, who consent to the requested adjournment.

Hon. Denise L. Cote
April 18, 2024
Page 2

                                      Respectfully submitted,

                                      <u>/s/ Yaacov (Jake) Meiseles</u>

                                      Yaacov (Jake) Meiseles

                                      *Counsel to Plaintiff Albert Williams*

cc: All counsel of record (via ECF)