ONE MANHATTAN WEST
30TH FLOOR
NEW YORK, NY 10001

(212) 735-3000

DIRECT DIAL
(212) 735-2417
EMAIL ADDRESS
RICHAD.HIRANI@PROBONOLAW.COM

May 14, 2024

**VIA ECF**

Hon. Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

          RE:    *Williams v. City of New York, et al.*, No. 23-cv-01670 (DLC)
                 (S.D.N.Y.)

Dear Judge Cote:

      The parties in the above-referenced action write jointly pursuant to Rule 1.E. of Your Honor's Individual Practices in Civil Cases to respectfully request that the Court adjourn the Initial Pretrial Conference scheduled for May 17, 2024, at 11:00 AM *sine die*. As previously shared with the Court, the parties are proceeding with mediation pursuant to Local Rule 83.10, the Plan for Certain § 1983 Cases Against the City of New York. The parties are near resolution, however, require additional time to consult with their clients regarding final settlement terms. The parties request to submit a joint status report in thirty (30) days updating the Court on the progress of the mediation if the settlement agreement has not been finalized.

      This is the parties' second request to adjourn the Initial Pretrial Conference. The parties have conferred and jointly request a *sine die* adjournment.

*[Handwritten note:] The conference is adjourned to 6/14 at 10:00 am. There shall be no further adjournment unless there is a settlement.*

*[Signed] Denise Cote*
*5/14/24*