```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :    23cv1670(DLC)
ALBERT WILLIAMS,                       :
                                       :       ORDER OF
                         Plaintiff,    :    DISCONTINUANCE
            -v-                        :
                                       :
CITY OF NEW YORK, et al.,              :
                         Defendants.   :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 15, 2024**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for Friday, June 14 at 10:00 A.M. is cancelled.

Dated:   New York, New York
         June 13, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge